AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | Case: 1:21-mj-00459 |
| v. | ) | Assigned to: Judge Harvey, G. Michael |
| CHRISTIAN KULAS | ) | Assign Date: 6/3/2021 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| xx-xx-xxxx | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Unlawful Entry on Restricted Building and Grounds |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | Disorderly Conduct on U.S. Capitol Grounds |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jacob Schaefer, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** _____ (specify reliable electronic means).

Date: _____ 06/03/2021 _____

_____
*Judge's signature*

City and state: _____ Washington, DC _____

G. Michael Harvey, United States Magistrate
*Printed name and title*