NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                  Criminal Number  21-CR-397

Christian Kulas
        (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Darryl A. Goldberg, IL ARDC#6280112
*(Attorney & Bar ID Number)*

Law Offices of Darryl A. Goldberg
*(Firm Name)*

33 N. Dearborn Street, Suite 1830
*(Street Address)*

Chicago, IL 60602
*(City)         (State)         (Zip)*

(773) 793-3196
*(Telephone Number)*