AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | |
|---|---|
| v. | ) Case: 1:21-mj-00459 |
| CHRISTIAN KULAS | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 6/3/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

### ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Christian Kulas

who is accused of an offense of violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 1752(a)(1) and (2) (Unlawful Entry on Restricted Building and Grounds)

40 U.S.C. §§ 5104(e)(2) (D) and (G) (Disorderly Conduct on U.S. Capitol Grounds).

Date: June 03, 2021

Digitally signed by G. Michael Harvey
Date: 2021.06.03 16:22:16 -04'00'
*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, United States Magistrate
*Printed name and title*
Judge

### Return

This warrant was received on *(date)* 6/3/21, and the person was arrested on *(date)* 6/8/21
at *(city and state)* Kenilworth, IL.

Date: 6/8/21

*Arresting officer's signature*

Jacob Scheefer   Special Agent
*Printed name and title*