NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                               Criminal Number  1:21-cr-00397-TFH

CHRISTIAN KULAS
                    (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA        ☑  RETAINED        ☐  FEDERAL PUBLIC DEFENDER

_Rachel Cannon_
                                                    *(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Rachel M. Cannon - 6257028
                    *(Attorney & Bar ID Number)*

STEPTOE & JOHNSON LLP
                    *(Firm Name)*

227. W. Monroe Street, Suite 4700
                    *(Street Address)*

Chicago             IL             60606
*(City)*             *(State)*             *(Zip)*

(312) 577-1270
                    *(Telephone Number)*