# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:21-cr-00397-TFH |
| v. | MAGISTRATE NO. 21-MJ-459 |
| CHRISTIAN KULAS, | VIOLATIONS: |
| Defendant. | 18 U.S.C. § 1752(a)(1)<br>(Entering and Remaining in a Restricted Building or Grounds)<br><br>40 U.S.C. § 5104(e)(2)(D)<br>(Disorderly Conduct in a Capitol Building)<br><br>40 U.S.C. § 5104(e)(2)(G)<br>(Parading, Demonstrating, or Picketing in a Capitol Building) |

## **MOTION FOR SUBSTITUTION OF ATTORNEY**

Defendant, CHRISTIAN KULAS, respectfully moves this Court for substitution of his attorney in this matter and asks that RACHEL M. CANNON of STEPTOE & JOHNSON LLP be given leave to file her appearance, attached as *Exhibit A*, as his attorney for the remainder of the proceedings in this matter, in substitution of prior counsel, Darryl Goldberg, and that Darryl Goldberg, from the Law Offices of Darryl Goldberg, be given leave to withdraw.

Respectfully submitted,

RACHEL M. CANNON

s/Rachel M. Cannon
Rachel M. Cannon (*Pro Hac Vice*)
IL ARDC #6257028
Rachel M. Cannon
STEPTOE & JOHNSON LLP
227. W. Monroe Street, Suite 4700
Chicago, Illinois 60606
(312) 577-1270
rcannon@steptoe.com

BRIAN M. HEBERLIG

<u>s/Brian M. Heberlig</u>
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-8134
BHeberlig@steptoe.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2021, the foregoing is being electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                              s/Rachel M. Cannon
                                                              Rachel M. Cannon