Case 1:21-cr-00397-TFH   Document 35-3   Filed 04/19/22   Page 1 of 1

