


Case 1:21-cr-00397-TFH   Document 35-8   Filed 04/19/22   Page 2 of 2