





East Stairs near
01/06/2021 19:44:59