Upper House Door Interior
01/06/2021 19:52:34