# EXHIBIT A

| | |
|---|---|
| **Message** | |
| From: | notification@pay.gov [notification@pay.gov] |
| Sent: | 2/23/2022 1:00:55 AM |
| To: | |
| Subject: | Pay.gov Payment Confirmation: DCD Criminal Debt |

An official email of the United States government

Your payment has been submitted to the designated government agency through Pay.gov and the details are below. Please note that this is just a confirmation of transaction submission. To confirm that the payment processed as expected, you may refer to your bank statement on the scheduled payment date. If you have any questions or wish to cancel this payment, you will need to contact the agency you paid at your earliest convenience.

You will receive a reminder email several days before the payment is processed.
If you wish to cancel this transaction, sign in to your account at https://www.pay.gov/ and choose the Pending tab of the Payment Activity page.

Application Name: DCD Criminal Debt
Pay.gov Tracking ID: 26V2K3D4
Agency Tracking ID: 76204871077

Account Holder Name: Christian Kulas
Transaction Type: ACH Debit
Transaction Amount: $500.00
Payment Date: 02/23/2022

Account Type: Personal Checking
Routing Number:
Account Number: ************4212

Transaction Date: 02/22/2022 08:00:55 PM EST
Total Payments Scheduled: 1
Frequency: OneTime

Case and Defendant Number: DDCX121CR000397-001
Defendant Name: Kulas, Christian
Account Holder Name: Kulas, Christian
Account Holder Phone: Mobile
Email:

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                                    CKULAS0000002