# EXHIBIT D



CKULAS0001225