# EXHIBIT H



"Baba Radheshyam"

# Christian Kulas

I am an eager person who is looking for an opportunity to serve in my community. After leaving College and moving toward the path of monasticism and deep Yoga, I prepared to join a mendicant order in Northern India. Upon my visit with my family back home, the COVID-19 pandemic commenced, and travel restrictions prevented me from continuing my studies. I am looking for all opportunities to serve by comforting those who need it and by lending encouragement and support to those who wish to make the world a better place through right action. Please consider this resume as a snapshot for a loyal and diligent worker/assistant.

Graduate
Lake Forest High School
(2015)
Lake Forest IL

Certifications:
Wilderness First Responder
(Desert Mountain Medicine)
2018

Certified Nursing Assistant, IL
2018

2017 - 2018
Evanston Hospital Northshore
**Emergency Department Volunteer**

2018
Abode Contemplative Care for the Dying (San Antonio)
**Volunteer**

2019 - 2020
Sansar Gyaan Pathshala
**Yoga Teacher, Children's Education**
(School for underprivileged youth in Northern India)

2020 Political

- Coalition to Vote No on The Proposed Tax Hike Amendment

- Sean for State Rep

- Sangari for Congress