# EXHIBIT I



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER