# EXHIBIT J



**NorthShore**
University HealthSystem

## Evanston Hospital

January 2, 2018

I would like to take a moment to acknowledge the hard work of Christian Kulas. He has volunteered in the Emergency Department (ED) at Evanston Hospital since last year. Christian took a minimal amount of time to orient to the ED workflow and quickly became a resource to the ED staff and patients as he rounded on everyone and sought out opportunities to provide comfort or other patient assistance.

Christian willingly takes on tasks without being asked and is equally adept at turning on ED room over for the next patient as he is at updating patients and families.

We regret losing Christian as he pursues his academic goals, but we know that he will excel wherever he goes. He truly cares about ensuring that patients, families, and visitors have the best possible experience possible.

Please contact me if you have any further questions.

Sincerely,

*Joan M. Casey*

Joan M. Casey RN, BSN, TNS, CEN
Clinical Nurse Manager
NorthShore University Health Systems
Evanston Hospital. Emergency Department
jcasey@northshore.org
847 570-2122

Teaching Affiliate of
the University of Chicago
Pritzker School of Medicine

Hospitals: Evanston · Glenbrook · Highland Park · Sko

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                      CKULAS0001391