# EXHIBIT K



### Akhanda Yoga

World Conscious Yoga Family proudly presents this certificate to

**Christian Kulas (Radhe Shyam)**

who has successfully completed the 300-hour Yoga Teacher Training course in Akhanda Yoga at Anand Prakash Yoga Ashram in Rishikesh, India, including studies in: Akhanda Intermediate, Hatha Raja, Five Koshas, Pranayama, Prenatal, Restorative, and leading Transformational Experiences.

December 13th 2019
Date of Certification



Yogrishi Vishvketu, Ph.D. (Yoga)
Head of Training

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    CKULAS0001237