# EXHIBIT L



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

CKULAS0001238

**EXHIBIT L**

# VIDEOS FILED SEPARATELY