# EXHIBIT M

 **whogivesashirt** @whogivesashirt · Jan 14, 2021   · · ·
Replying to @jkade
With a mom named "**Yoanna Kulas**". Wonder if his
Czech grandparents were Nazi collaborators? Is he
keeping up the family tradition?

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

 Ernest Wilson · 8mo ago                    ⋮

American people should show up to his mommy's house with a gallow and raid mommas house. Maybe sell there house to pay for damages to the Whitehouse.

👍 15      👎      💬 1

**1 REPLY**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CKULAS0001242



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

CKULAS0001244

 MusicByJC • 8mo ago

With that long hair,  he will look like women from behind when the inmates are pulling a train on him.  LOCK HIM UP.

      

CKULAS0001245



H  Hey Now • 8mo ago (edited)

They will love his very manly long hair in prison.

👍 1     👎     💬 1

Add a reply...

E Mail • 8mo ago

You can count on that all being chopped before he
goes before the Judge to suck up and beg for mercy

👍     👎

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

 jon massey • 8mo ago

Bit of Lipstick and this TRAITOR will work out just fine.. let's hope they let him keep his hair long to have the dream girl effect for all the inmates.

  

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

 Liam Miller · 7mo ago

Better get a hair cut before he meets his cell mate that's for sure.

        

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

bob G · 8mo ago

Nice hair.  They will be humming 'here comes the bride' as he gets walked to his cell.

👍 5     👎     💬

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



joh yuujin • 8mo ago
## Prison Bride to be

👍 1          👎          💬

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



Eric Petersen • 8mo ago

Girly boy is going to have some fun in big house

👍 1   👎   💬

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

 Ministry of Truth · 8mo ago                                    ⋮

This guy has very effeminate features. I don't think he's going to fare very well in prison. Good luck princess!

          



billy bob · 8mo ago
Off with his head

CKULAS0001253

 TRE45ON is Bat5hit Crazy. By Dittzx333****! • 8mo ago            ⋮

Thanks Skidmark, the penal system welcomes you with open cheeks. 😄

👍 35      👎           📑 1

 Add a reply...

 Cosmo • 8mo ago                                                                        ⋮

Ugh...I think you have that wrong.  It's the mouth that opens up, not your cheeks which are just on either side of an open mouth.  I can't believe I need to explain that to you.  I don't mean to sound condescending but I just want to clarify that cheek don't open.....Ooooohhhhh!!!!  I see what you did there.......never mind.

👍           👎

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                              CKULAS0001254

 Big Daddy Rat · 8mo ago                                    ⋮

Oh, look... so young, so soft, so effeminate and just think he's about to have yet another transformational life altering experience. Isn't life grand?

👍 18        👎        📧 1

 Add a reply...

 Ed   Ed Lane · 8mo ago                                    ⋮

Exactly! I'm still not sure if "he" is really male...especially wearing a Burberry coat. He's definitely gonna get rode hard!

👍        👎

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



Jessie Joseph · 8mo ago

What a pretty smile, Bubba will love you! Rot in jail, traitor, thank you FBI, DOJ, and your Mom.

   

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

CKULAS0001256



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

CKULAS0001257



CKULAS0001259



**Jeri Henson Dies No Trump/Fas...** · Jun 8, 2021   ···

Replying to @ryanjreilly

That guy is going to be so popular in prison.

CKULAS0001260



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

CKULAS0001261



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



**blunt67** @raphaelha67 · Jun 9, 2021                    ...

Replying to @MacFarlaneNews

he'll probably get passed around.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER





CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Winnetka, Illinois

**plsdontpercievemenigga** white supremacist bitch!!!

10w   1 like   Reply

**le_girl_du_jour** Where is she hiding the MAGA flag?

10w   9 likes   Reply

**giveypup** I sincerely hope your son (and family) get the psychological help they need. Your son has been radicalized and is very ill. I hope that you can de-program him since he is not as old, and his neurology not as cemented, as some of the violent, crusty, old, murderous Trump supporters he has chosen to align himself with. Truly, I am a mother and would be distraught over this. GET HIM HELP!!!!

75 likes

AUGUST 10, 2020

CKULAS001393

To: office@kulasmaids.com

From: Rose <skies@rcn.com>
Subject: Kulas Maids Contact form

Name: Rose,
Email: skies@rcn.com,
Phone: 17732740043
Message Body:
Control your dangerous son, please.
[Quoted text hidden]

---

Elizabeth Gregg <wordpress@kulasmaids.com>                          Mon, Jan 11, 2021 at 11:31 AM
Reply-To: lgregg78@aol.com
To: office@kulasmaids.com

From: Elizabeth Gregg <lgregg78@aol.com>
Subject: Kulas Maids Contact form

Name: Elizabeth Gregg,
Email: lgregg78@aol.com,
Phone: 8128675309
Message Body:
Greetings,

Your son is a criminal and needs to turn himself in to federal authorities. Otherwise your company is likely going out of business. Maybe it still will, but geesh. Do the right thing.

Liz Gregg
Scared American
[Quoted text hidden]

---

Real American Patriot <wordpress@kulasmaids.com>                    Mon, Jan 11, 2021 at 2:31 PM
Reply-To: rudygullianisbuttplug@gmail.com
To: office@kulasmaids.com

From: Real American Patriot <rudygullianisbuttplug@gmail.com>
Subject: Kulas Maids Contact form

Name: Real American Patriot,
Email: rudygullianisbuttplug@gmail.com,
Phone: 911
Message Body:
How does it feel to have your inbred shit-stained son ousted as a domestic terrorist? You should be ashamed of yourselves and I hope your business goes into bankruptcy.
[Quoted text hidden]

---

Betty White <wordpress@kulasmaids.com>                              Mon, Jan 11, 2021 at 4:18 PM
Reply-To: betty.white@gmail.com
To: office@kulasmaids.com

From: Betty White <betty.white@gmail.com>
Subject: Kulas Maids Contact form

Name: Betty White,
Email: betty.white@gmail.com,
Phone: 516-456-0922
Message Body:
Shame on your son, a MAGA domestic terrorist who attacked our Captial in an effort to stop the Congress' certification of President-elect Biden. 5 people died in this attempted overthrow of our national government. He will be arrested, charged fon Federal felony crimes. Undoubtedly, you'll get him a very good & expense attorney, so he'll likely never be sent to jail. But the mark of being a traitor to our country will follow him the rest of his life. Shame on him.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                      CKULAS0001398

[Quoted text hidden]

**Christian Kulas** <wordpress@kulasmaids.com>                    Mon, Jan 11, 2021 at 6:41 PM
Reply-To: office@kulasmaids.com
To: office@kulasmaids.com

> From: Christian Kulas <office@kulasmaids.com>
> Subject: Kulas Maids Contact form
>
> Name: Christian Kulas,
> Email: office@kulasmaids.com,
> Phone: 847-559-0966
> Message Body:
> Your son is a seditious traitor. You do realize that your business will tank as a result of his office, don't you?
> [Quoted text hidden]

**Dino Donatelli** <wordpress@kulasmaids.com>                    Mon, Jan 11, 2021 at 6:41 PM
Reply-To: carpddad@gmail.com
To: office@kulasmaids.com

> From: Dino Donatelli <carpddad@gmail.com>
> Subject: Kulas Maids Contact form
>
> Name: Dino Donatelli,
> Email: carpddad@gmail.com,
> Phone: 4127081149
> Message Body:
> I'm calling all my friends and relations and telling them never use your company.: owners son was at maga rally .. what a
> disgrace .. it's one thing to support Trump it's another thing . To contribute to overrunning our capital.. I have relations in
> you area . Terrible thing terrible
> [Quoted text hidden]

**Fuck you** <wordpress@kulasmaids.com>                    Mon, Jan 11, 2021 at 7:47 PM
Reply-To: Fuckyou@gmail.com
To: office@kulasmaids.com

> From: Fuck you <Fuckyou@gmail.com>
> Subject: Kulas Maids Contact form
>
> Name: Fuck you,
> Email: Fuckyou@gmail.com,
> Phone: 5555555
> Message Body:
> Fuck you and your fascist traitor son. Thanks for exposing yourselves lol
> [Quoted text hidden]

**Donald Trump** <wordpress@kulasmaids.com>                    Mon, Jan 11, 2021 at 7:51 PM
Reply-To: trump@whitehouse.org
To: office@kulasmaids.com

> From: Donald Trump <trump@whitehouse.org>
> Subject: Kulas Maids Contact form
>
> Name: Donald Trump,
> Email: trump@whitehouse.org,
> Phone: 847 560-7677
> Message Body:
> Your son is in trouble. This is spreading on twitter so you better watch out for the business being pranked with calls, etc.
>
> You're welcome!
> [Quoted text hidden]

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                        CKULAS0001400

 **Gmail**

Kulas Maids <office@kulasmaids.com>

## Kulas Maids Contact from willaimsjason024@gmail.com - David James Shelly - 6786447145

1 message

**David James Shelly** <wordpress@kulasmaids.com>
Reply-To: willaimsjason024@gmail.com
To: office@kulasmaids.com

Wed, Jun 9, 2021 at 8:11 AM

From: David James Shelly <willaimsjason024@gmail.com>
Subject: Kulas Maids Contact form

Name: David James Shelly,
Email: willaimsjason024@gmail.com,
Phone: 6786447145
Message Body:
Yes I am looking for a spoiled little cunt traitor insurrectionist to come and storm my house. I figured the spolied little twat is good at storming buildings!! OH and by the way before he gets to prison the little bitch might want to cut his hair. Less for the inmates to grab onto when they are raping him in the ass!!!! Well done though Mark you must be so proud!!!!!

--

This e-mail was sent from a contact form on Kulas Maids (https://kulasmaids.com)

12/9/21, 7:11 AM

Kulas Maids Mail - Make Sure They Take Plenty of Lube

 **Gmail**

Kulas Maids <office@kulasmaids.com>

## Make Sure They Take Plenty of Lube
1 message

**Bruce Pietka** <bruce1002003@yahoo.com>
To: "office@kulasmaids.com" <office@kulasmaids.com>

Thu, Dec 9, 2021 at 12:50 AM

RE: Illinois brothers plead guilty to charges in US Capitol attack on Jan. 6 (yahoo.com)

 **Illinois brothers plead guilty to charg...**

And what does this say about the failed parents who raised these punk traitors?

Hope they're both sentenced to time in the slammer - and get their assholes stretched to the limit while they're there.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

CKULAS0001392