# EXHIBIT O

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

*Waleria Trzankowska*

## Wspomnienie łączniczki



*Waleria Trzankowska, ur. 16 grudnia 1911 r. we wsi Rydlin, pow. Olkusz.*

*Pracę zawodową rozpoczęła w r. 1928 w fabryce „Weslin" w Olkuszu. Po r. 1942 pracowała w firmie „Górecki" w Sosnowcu. W czasie okupacji działała w PPR za co została aresztowana przez Gestapo i wysłana do obozu koncentracyjnego. Po wyzwoleniu pracowała w hucie „Sosnowiec" i w kopalni „Sosnowiec". Obecnie jest na rencie. Członek PZPR. Odznaczona Brązowym Krzyżem Zasługi, Srebrnym Krzyżem Zasługi, Odznaką Grunwaldu, Medalem Zwycięstwa i Wolności i Medalem X-lecia.*

Latem 1939 r. zamieszkałam z mężem Tomaszem w Sosnowcu na Dębowej Górze, w małym czterorodzinnym domku kopalnianym. Z chwilą wybuchu wojny i zajęcia terenów zagłębiowskich przez wojska hitlerowskie cieszyliśmy się, że mieszkamy z dala od miasta. Zdawaliśmy sobie sprawę, że umożliwi nam to swobodniejsze poruszanie się w terenie. Mąż mój był już znanym działaczem KPP, należał bowiem do organizacji od r. 1918, i z tej racji często odwiedzali nas byli jej działacze. Już w 1940 r. nawiązaliśmy kontakt z tow. Franciszkiem Jarosińskim, który

CKULAS0001269

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Miejsce na fotografię

Nazwisko **Trzankowska**

Waleria

11.12.1911r.

...dzenia Ravensbrück Nr.7742

...chenwald Nr.34662.

...eszk. Sosnowiec,

ul.Dworska 2.

Podpis           Pieczęć           Podpis

CKULAS0001270

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



**COMITÉ INTERNATIONAL GENÈVE**

# SERVICE INTERNATIONAL DE RECHERCHES
# INTERNATIONAL TRACING SERVICE
# INTERNATIONALER SUCHDIENST

### D - 3548 AROLSEN
Tel. (05691) 637 — Telegr.-Adr. ITS Arolsen

| EXTRAIT DE DOCUMENTS | EXCERPT FROM DOCUMENTS | DOKUMENTEN-AUSZUG |
|---|---|---|

Votre Réf.
Your Ref.
Ihr Az. —————————————

Notre Réf.
Our Ref.
Unser Az.

T/D - 1 042 501 ———————

Nom
Name **TRZANKOWSKA, geborene**
Name **MAGIERA** ———————

Prénoms
First names **Waleria** —————
Vornamen

Nationalité
Nationality **polnisch** ———————
Staatsangehörigkeit

Date de naissance
Date of birth **11.12.1911** ————
Geburtsdatum

Lieu de naissance
Place of birth **Bydlin** ————
Geburtsort

Profession
Profession **Fabrikarbeiterin** ——
Beruf

Noms des parents
Parents' names **Wojciech und Stanisława, geborene**
Namen der Eltern **PODLEWSKA** ———————

Religion **römisch-katholisch**

Dernière adresse connue
Last permanent residence **Sosnowitz, Krakauer Straße 48** ———————
Zuletzt bekannter ständiger Wohnsitz

Arrêté le
Arrested on **31. Mai 1944** ——————
Verhaftet am

à
in **Sosnowitz** ————
in

par
by **nicht angeführt** ——
durch

Est entré au camp de concentration
Entered concentration camp **Ravensbrück** ———————
Wurde eingeliefert in das Konz.-Lager

No. de détenu
Prisoner's No. **72297** ———————
Häftlingsnummer

le
on **22. September 1944** ————
am

venant de
coming from **nicht angeführt**
von

par
by **nicht angeführt** ——
durch

Catégorie, ou raison donnée pour l'incarcération
Category, or reason given for incarceration **"Schutzhaft, Politisch", roter Winkel** ——————
Kategorie, oder Grund für die Inhaftierung

Transféré
Transferred **am 5. Oktober 1944 zum Konzentrationslager Buchenwald/Kommando Meuselw**
Überstellt **Häftlingsnummer 34662.** ———————

Dernière mention dans la documentation des CC
Last entry in CC-records **War noch am 4. April 1945 im Konzentrationslager**
Letzte Eintragung in KL-Unterlagen **Buchenwald/Kommando Meuselwitz inhaftiert.** ——

Remarques
Remarks **keine** ———————
Bemerkungen

Documents consultés
Records consulted **Zugangsliste des Konzentrationslagers Ravensbrück; Häftlingsperso**
Geprüfte Unterlagen **karte, Häftlingspersonalbogen, Effektenkarte, Frauenkarten, Arbei**
**karte, Zugangsbuch, Zugangsliste und Liste der Prämienauszahlunge**
**des Konzentrationslagers Buchenwald.** ———————

**Frau**

CKULAS0001272

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



z
lat
walki

wspomnienia
śląskich
peperowców

CKULAS0001273

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

CKULAS0001274

ŚLĄSKI INSTYTUT NAUKOWY w KATOWICACH

# Z lat walki

### Wspomnienia śląskich peperowców

Pod redakcją Henryka Rechowicza

Wybór i opracowanie
Adam Kałuża, Jan Kantyka



WYDAWNICTWO „ŚLĄSK" KATOWICE 1966