# EXHIBIT P

September 14, 2021

Dear Judge Hogan,

Thank you for considering my esteemed regard for Christian Kulas.

As the Vice Chair of the New Trier GOP in New Trier Township, Illinois, I received a message via Facebook messenger in August 2020 from a person I did not know: Radheshyam. I cannot recall if he introduced himself with a last name. But, I later learned that Radheshyam was a name given to Christian Kulas by one of his beloved teachers in India.

Christian had reached out to the New Trier GOP with a request to "be of any assistance" to our organization. His family had known one of our former, longtime Chair and New Trier Township Committeemen, Tolbert Chisum, who also worked with Oprah Winfrey's partner, Stedman Graham.

I asked Christian if he could please place candidate signs in his front yard. True to his name, Christian kindly offered to serve in even greater ways. We were in the midst of the 2020 Presidential, State and local campaigns for elected offices, and he asked if he could volunteer, saying "I just want to help! ... I am here to serve." I was impressed with this 23-year old young man's humility and eagerness to serve.

I asked Christian to meet me at an outdoor coffee shop where I interviewed him to determine the best ways to use his talents. He began helping candidates who were running for local and state offices. When our organization needed artwork, Christian taught himself on a website design program and created a fantastic flyer for our event.

My husband and I host a weekly Bible discussion at our home, and Christian attended dinners and church with us. At every gathering, Christian was gentle, kind, respectful and considerate. He was inquisitive and willing to share what he had learned during his time in India. At one point, I remarked to my husband that Christian is such a kind, gentle soul that he would probably ask us to take a fly outside rather than get the fly swatter!

Over the months, as Black Lives Matter and Antifa ravaged our cities, Christian would tell me that the world needed more faith, love and light. Christian is the most earnest, innocent 23-year old young man I have ever met.

Please feel welcome to reach out to me or my husband.

Sincerely,

Jasmine Hauser

Vice Chair, New Trier GOP

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                              CKULAS0001275

# PATRICK J. O'MALLEY
## Attorney at Law

September 10, 2021

Hon. Thomas F. Hogan
Senior United States District Judge
United States District Court for the District of Columbia
Washington D.C.

Dear Judge Hogan:

I am an attorney and wish to submit this 'statement of character' for Christian Kulas.

On first meeting Christian my wife, Mary Judith and I were left with the impression that he was an very interesting and likable person; one who cares about others, and wishes to contribute to the wellbeing of mankind by living a peaceful and constructive life.

Over time I have come to know Christian better through numerous conversations. I confirmed our initial impression to be accurate, but I also learned more about this young man's convictions. He cares profoundly about others; he is devoted to peace; he sees his life's work as an opportunity to make the world a better place; and with genuine humility Christian wishes to help others who are less able to care or speak for themselves. Most of all Christian embraces his faith, seeks God's truth, loves our country and is dedicated to living a life worthy of God's plan for him

Yes indeed, Christian Kulas is a most interesting and likable person. He is also someone who would never knowingly harm another person, be in rebellion against our country, or violate our constitution. May Christian's gifts, including his decency and humility, come to bear as you administer justice in his life.

Respectfully submitted,

Patrick J. O'Malley
*Retired Illinois State Senator*

cc:   Rachel M. Cannon, Esq.
      Steptoe and Johnson

*12314 S. 86th Ave., Palos Park, Illinois 60464 \*\*\* 708/671-1267*
*"Liberties protected by the Constitution are not fair-weather freedoms."* Judge Wm Stickman IV

Andy and Ceil Barrie



September 9, 2021

Dear Judge Hogan,

I am writing to you because I have known Mark and Christian Kulas for for eighteen years, as well as their parents, Mark and Yoanna. As extremely involved parents, Mark and Yoanna have created a loving nurturing home environment for their boys, the result being two of the kindest boys I have ever met. Christian has been studying Buddhism and literally wouldn't hurt a flea. Mark is shy and reserved and above all kind. Both are patriotic and have a great love for their country. My husband Andy and I can both attest to their integrity, and wanted you to have some background information on these two kindhearted young men as you consider their cases.

Sincerely,

Ceil Barrie

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                CKULAS0001277

Begin forwarded message:

**From:** Fiona Ricci-McCarthy
**Subject: LETTER OF RECOMMENDATION ~**
**Date:** September 14, 2021 at 7:08:32 PM CDT
**To:** Yoanna Kulas

HELLO JUDGE HOGAN ~

I AM WRITING TO TELL YOU OF MY FRIENDSHIP WITH THE KULAS FAMILY ~
I MET THEM IN 2002 IN LAKE FOREST, ILLINOIS WHERE AT THAT TIME WE BOTH LIVED ~

I WAS INVITED TO THEIR HOME AND THAT IS WHEN I MET CHRISTIAN AND MARK JUNIOR ~
MY VERY FIRST IMPRESSION WAS THAT OF THEIR WELL MANNERED RESPECT FOR AN ADULT ~
THEY WERE ATTENDING THE SCHOOL OF ST. MARYS AND ALSO GRADUATED FROM THERE ~

SHORTLY AFTER THAT TIME ~ I INVITED THE KULAS FAMILY TO MY PARENTS HOME IN CALIFORNIA ~
MY MOM IS ELDERLY AND SHE WELCOMED CHRISTIAN AND MARK TO STAY THE DAY WITH HER AND HER TWO ITALIAN GREYHOUNDS ~
SHE FOUND THEM BOTH TO BE COURTEOUS AND MOST OF ALL HELPFUL TO HER NEEDS THAT DAY ~
CHRISTIAN IN PARTICULAR HAS CONTINUED HIS FONDNESS FOR SHEILA WITH CONSIDERATE SUPPORT SINCE MY FATHER PASSED AWAY THIS PAST JANUARY ~

I WATCHED CHRISTIAN AND MARK AT LAKE FOREST HIGH SCHOOL ENGAGE IN SWIMMING ~ DEBATE CLASS ~ CROSS-COUNTRY AND MODEL UN ~
BOTH RESPONSIBLE DRIVERS TO AND FROM SCHOOL ~

DINNERS WITH THE KULAS FAMILY ENSUED FOR YEARS AND I FOUND THE BOYS TO BE WORLDLY AFTER THEIR TRAVELS TO ALL PARTS OF THE GLOBE ~
AT THE DINNER TABLE CONVERSATIONS WERE INTELLIGENT, REVERENTIAL AND CIVILIZED, WELL INFORMED TO SAY THE LEAST ~
AFTER ONE OF THESE DINNERS I WATCHED A MOVIE WITH THEM ~  OUR FRIENDSHIP IS COMFORTABLE AND CARING ~

WE HAVE SHARED SEVERAL THANKSGIVINGS AND CHRISTMAS EVES ~

MARK JUNIOR ATTENDED AND GRADUATED TRINITY IN TEXAS ~ 2017 ~ MAJOR GEOSCIENCE ~ NOT FOR THE FAINT OF HEART !
TO KEEP HIMSELF LEARNING HE TURNED TO OENOLOGY ~ TO USE HIS DEGREE ~ AND ~ FOUND HIMSELF A JOB AT SPIAGGIA RESTAURANT
IN CHICAGO AS A CERTIFIED SOMMELIER ~ ACCREDITED BY THE COURT OF MASTER SOMMELIERS FROM KENDALL COLLEGE ~
HE IS CURRENTLY WORKING FOR HIS FATHER TO KEEP BUSY, LEARNING AND STAYING FOCUSED ~
THE LOVE AND DISCIPLINE IN THE KULAS FAMILY IS A TESTAMENT TO MARKS' SUCCESS'S IN SCHOOL AND HIS WORK ETHIC ~

███████████████████████████████████

CHRISTIAN HAS FOUND THE LOVE OF THE OUTDOORS AND SEES THE NEED TO HELP THOSE LESS FORTUNATE THAN HIM ~
EVANSTON HOSPITAL EMERGENCY DEPARTMENT VOLUNTEER ~ 2017-2018
ABODE CONTEMPLATIVE CARE FOR THE DYING COMFORTER ~ 2018
SANSAR GYAAN PATHSHALA ( SCHOOL FOR THE UNDERPRIVILEGED YOUTH IN UTTARAKH~

BOTH BOYS PARTICIPATED IN NOLS AND BROADREACH CONSERVATION COURSES ~

WHENEVER I AM SPEAKING WITH YOANNA ON THE PHONE AND CHRISTIAN IS NEARBY ~
HE ALWAYS ASKS ME IF HE COULD
DO ANYTHING FOR ME OR DRIVE MY MOTHER TO THE GROCERY STORE AND HELP HER SHOP ~ CARRY THE PARCELS INTO THE HOUSE ~
RUN ERRANDS WITH HER ~

I RECENTLY TOOK CHRISTIAN WITH ME TO MY YOGA CLASS AND LUNCH AFTER ~ HE TALKED NON-STOP ABOUT RETURNING TO INDIA
AND GETTING BACK TO WORK TO COMPLETE HIS RESPONSIBILITIES THERE ~
 ACCOUNTABLE FOR HIS INTENDED INVOLVEMENT ~

CHRISTIAN AND MARK ARE GROWING UP TO BE MEN OF INTEGRITY, HONESTY AND GOOD CITIZENS OF OUR COUNTRY ~
THEY COME FROM PROUD AND PRINCIPLED PARENTS ~

THIS IS THE TYPE OF FAMILY AMERICA IS KNOWN FOR ~

THANK YOU FOR YOUR ATTENTION ~
RESPECTFULLY ~
FIONA RICCI MCCARTHY