# EXHIBIT Q

Dear Judge Hogan,

Our sons, Mark Jr and Christian will be standing in front of you, on April 26 and respectfully accepting responsibility for their participation in the events of January 6th in Washington DC.

We, as their parents, would like to provide you with more information and facts of who we are as a family, Mark Kulas as a father and Yoanna as their mother.

We are a family of first generation immigrants, parents who left a dictatorial communist regime, to live in a country of their dreams and both boys who had the privilege to be born and raised in this special and unique, wonderful Nation.

I, Mark Kulas, along with my own parents and my younger brother, were able to escape Poland during the Marshal Law in 1982.

I was a member of an Independent Student Union affiliated with the Solidarity, first independent union in a communist country that was not controlled by the regime acting as an agent of the Soviet Union, similarly to other countries of the Warsaw Pact.

Before the Martial Law which delegalized Solidarity in December 1981, my own parents were running a small business (allowed by the regime in a very limited and strictly controlled environment).

When we were finally able to find the opportunity to leave Poland we took advantage of it, accepting the reality that we would need to start everything from nothing, leaving all our possessions and assets, ending in essence with "just a shirt on our back".

We decided to escape Poland as we did not see any prospects for a better future, I myself, was arrested during one of the protests and ended up severely beaten by the prison guards, leaving me in a condition of not being able to walk for over a month and undergo a lengthy rehabilitation to regain a physical ability to function as a young man at the age of 22.

When we finally ended up in the West, we were able to take advantage of then US president, Ronald Reagan's decision to grant immigrant visas to anyone who managed to escape the regime.

We found ourselves finally free with nothing of our own but happy in the end that now we would also have a chance to realize our own "American Dream".

My almost 50 year old Father, a successful business owner in Poland, accepted his first job as a janitor at the Jewel grocery market in Chicago, my younger brother sweeping floors at a small factory and myself, as a salesman in a small used car dealer on the Chicago SouthSide.

After about a year, we saved enough to purchase a used van and open a small residential cleaning service which in almost 40 years grew to become one of the largest cleaning services in Chicago's North Shore, with great reputation, 5 star rating and most recommended service by the Better Business Bureau.

We (Yoanna and Mark) met at the end of 1989 and married in the Summer of 1991.

I, Yoanna had a successful career and was well known in Poland but after meeting the love of my life, I decided to immigrate to US for a much more private and simple life, allowing a full commitment to my family.

I am coming from a family of teachers, both my parents spent their life as educators (my father was a school Principal and my Mom, as elementary school teacher.

As a family, we had to also experience the difficult life under a communist regime, like a lot of other families we also had a history of suffering, with some relatives who were sent to concentration camps during WW2 and medically experimented on by the Nazis.

Our beloved Mark Jr, was born in 1994, a perfect child, bright and innocent.



Around that time, Mark was severely burned in a household accident and had to undergo a very long and painful treatment, a very traumatic experience for this little boy and for us as the parents. A little boy but very brave and strong during this agonizing process.



Mark was very much liked by his peers because of his politeness and kind nature but it was still very difficult for him to develop any meaningful friendship.

Thankfully to Mark's amazing work ethics he was able to graduate from High School and gain acceptance to multiple universities.

He entered Trinity University in San Antonio Texas and was able to graduate with a BA in Geo Science after a very hard work for 5 years.

We are a very private family and always enjoyed spending time together, especially during the dinners prepared by Yoanna on a daily basis.

That's how Mark developed his interest in food and wine industry and decided to attend Kendall College in Chicago where he obtained his Sommelier certification.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                                                    CKULAS0001281

A very difficult achievement, ███████████████████████ it shows his dedication to hard work, amazing work ethics and him always trying to be the best he could be.

Christian, our second son, the sweetest little child, was born in 1997.

Till the age of 11, he was a perfect child with no health issues, the brightest and most loving and hard working student.

███████████████████████████████████████████

Christian was always passionate about history, extremely bright and intelligent a patriot who dreamed of military career in the United States forces.

He was accepted to Culver Military Academy in Culver Indiana and putting the uniform on for the first time was one of his happiest and proudest days of his life.

Unfortunately, Christian's dream was soon destroyed by poor school management ███

███████████████████████████████████████████

We finally realized we had to move him out of that toxic environment and transferred him to a local high school so he could be with us.

He graduated High School while dealing with his personal challenges in his life, ever since that ███████████████████

Nevertheless, he was still able to receive almost a top score in ACT (test for college admissions), was accepted at St Andrews University in Scotland and tentatively at Oxford University.

These amazing opportunities were lost however, Christian was just not able to become a full time student ███████████████████████████████████

██████████████████████████████████████████████████████
████████████
████████████████████████████████████████████████████████
████████████████████████████████

The next few years were the most painful years in our lives, being on an emotional rollercoaster, ████████████████████████████████████████████████████
████████████████████████████

Nothing was more important to us then well being of our child and our family.

████████████████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████
████████████████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████ Christian still tried to be the best person he could be.

His compassion for older people and their suffering brought him to volunteering in a hospice for dying, nursing home and a local hospital.

He even became a Certified Nurse Assistant to be even more useful in that field.

████████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████
████████████████████████████████████████████████████████
████████████████████████████



Christian ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and started practicing Yoga and Meditation.

Working very hard he became a Certified Yoga teacher and started teaching in local Yoga studios.

After seeing how meditation and Yoga were helping him, he decided to go deeper in his studies, with intention to help others.

For 7 months he was studying at an Ashram in India and became a 500 hour certified teacher (extremally difficult achievement).

He developed a close relationship with his Guru, The Yogrishi Vishvaketu who guided him on the path to well being and happiness.

His favorite time was teaching children Yoga at the local orphanage, helping at local farm and meditating by the Ganga (Ganges) River.

He finally felt needed and fulfilled.

After these 7 months, he had to briefly return to US (India Visa requirements)leaving all his belongings at the Ashram since he was going back after a short stay with us.

Unfortunately, at that time Covid happened and he was not able to return to India due to the lockdown.

Like the most of American families, ours had to adjust to new reality of pandemic and lockdowns.

Mark Jr, after working in Hospitality business had to put aside his plans and dreams to become independent and self sufficient , by renting his own apartment and to commit fully to become a Sommelier.

We saw that he was extremely sad and disappointed and we knew how much effort, dedication and hard work, he had to put in to achieve that status.

Our family business suffered greatly too due to the lack of employees willing to work during the pandemic.

Mark decided to join the family business, since he knew well that his help was needed in that difficult time for everyone.

Unfortunately he was not able to return to work at the restaurant he worked at previously, since the company decided to not reopen it and  instead close it down permanently.

Now , he is fully employed by our company as a Finance manager and bookkeeper.

Christian, who was not able to return to his work in India (because of lockdowns)

and not able to find a Yoga teacher position (all studios closed because of pandemic), felt lost and unfulfilled.

[redacted]

He started volunteering  for the local Republican organization helping in electing local candidates.

He felt needed and appreciated  for his dedication and work and was recommended as a Supervisor to 300 Poll Watchers on Chicago's South side.

He was able to develop a great rapport with his employers who saw in him very positive and exceptional skills and who even suggested a job opportunity in Washington after the election.

Both boys have never before attended any political events, they were curious and wanted to experience a political rally firsthand.

Knowing it would be the last rally for the sitting President still at the White House, they decided to travel to Washington to attend January 6 event.

We remember how we had numerous conversations about it and both boys never had any plans to enter the Capitol or interfere with the actual process of Elections.

We are constantly trying to understand how it was even possible for our family to end up in this horrible situation.

Dear Judge Hogan, we have raised our sons as true patriots, respectful, kind and loving and we absolutely know they are just not capable to hurt or disrespect anyone.

Our family is being punished and assaulted on all social media ever since that fateful day.

Our 40 year old family business that we built from nothing, with great reputation and ratings is now constantly attacked through phone threats, disgusting emails, messages and letters wishing us the most ugly situations, including promises of physical and sexual assaults, even on the mother of these 2 boys.

Our employees are suffering but are committed to support us all, some of them working with the company for over 20 years.

We have a lot of love around us but equally also a lot of hate.

The threats coming through social media are the most disgusting, vile and unimaginable suggestions of rape for the boys in prison, physical abuse for all of us, we receive hundreds of messages like that.

We are trying to protect and comfort them ███████████████████████████████████
███████████████████████

We are even receiving emails sent to our company promising sexual and physical assaults in prison for Christian, that we had to disclose to FBI because of the severity of some of these threats.

Yoanna is still being verbally attacked, called the most disgusting terms and even had to close her professional social media accounts ( architecture, design, fashion and beauty of nature).

Unfortunately, we are not able to even defend ourselves and are being "punished" by some media outlets, "upset" at our decision to decline requested interviews, exposing to the public our private life, showing on the local news where we live, even the location of our home (using drones for flyovers, their crews trespassing our property and sticking their microphones in our faces.

Living in that kind of environment for over a year already has become extremely stressful, difficult and unsafe.

We see our boys struggling immensely, blaming themselves for that split second decision, (when surrounded by thousands of people screaming and yelling), to enter the Capitol grounds and putting themselves and us, the parents, in this horrible, difficult and painful situation for over a year now. .

We are proud of them, seeing how they handle this nightmare in private.

Dear Judge Hogan, both Mark Jr and Christian's only hope, is to receive a just sentence in the eyes of the Court while fully accepting their responsibility and apologizing for their actions on that day.

They are deeply saddened and heartbroken by the division they see in our country and in the rest of the World, they hope and pray for peace, unity and love for all.

All they want is to return to the things that give them a sense of happiness and purpose in their lives.

Mark Jr just wants to help our family by working in the family business.

Christian wants to resume his humanitarian work in India and have a peaceful, spiritual, and contemplative life.

With utmost respect to The Court,

Mark & Yoanna Kulas

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                                          CKULAS0001287