# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | 1:21-cr-00397-TFH |
| | ) | |
| CHRISTIAN KULAS | ) | VIOLATION |
| | ) | |
| Defendant. | ) | 40 U.S.C. § 5104(e)(2)(G) |
| | ) | (Parading, Demonstrating, or |
| | ) | Picketing in a Capitol Building) |

## DEFENDANT CHRISTIAN KULAS' NOTICE REGARDING FILING OF VIDEO EXHIBIT

Pursuant to the Clerk's office procedure, Video Exhibit L in Support of Defendant's Sentencing Memorandum was filed in video format on CD with the Court on April 20, 2022. This video is available for public viewing. Defendant's Sentencing Memorandum was filed with the Clerk of the Court on April 19, 2022, using the CM/ECF system, and is also available for public viewing. *See* ECF No. 36.

Dated: April 19, 2022

Respectfully submitted,

/s/ Rachel M. Cannon
Rachel M. Cannon
STEPTOE & JOHNSON LLP
227 W. Monroe Street, Suite 4700
Chicago, IL 60606
(212) 577-1270
rcannon@steptoe.com

/s/ Brian M. Heberlig
Brian M. Heberlig
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW

Washington, DC 20036
(202) 429-3000
bheberlig@steptoe.com
*Counsel for Christian Kulas*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing **DEFENDANT CHRISTIAN KULAS' NOTICE REGARDING FILING OF VIDEO EXHIBIT** was served upon counsel of record automatically via CM/ECF this 19th day of April 2022.

*s/ Rachel M. Cannon*
Rachel M. Cannon
Steptoe & Johnson LLP