# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | 1:21-cr-00397-TFH |
| | ) | |
| CHRISTIAN KULAS | ) | VIOLATION |
| | ) | |
| Defendant. | ) | 40 U.S.C. § 5104(e)(2)(G) |
| | ) | (Parading, Demonstrating, or |
| | ) | Picketing in a Capitol Building) |

## DEFENDANT CHRISTIAN KULAS' SUPPLEMENT TO SENTENCING MEMORANDUM OF ADDITIONAL CHARACTER LETTERS

Defendant Christian Kulas, through undersigned counsel, hereby respectfully submits the enclosed additional character letters in support of his Sentencing Memorandum (ECF No. 36) filed on April 19, 2022, for the Court's consideration at sentencing, attached as Exhibit V.

Dated: April 22, 2022

                                                                                              Respectfully submitted,

                                                                                              /s/ Rachel M. Cannon
                                                                                              Rachel M. Cannon
                                                                                              STEPTOE & JOHNSON LLP
                                                                                              227 W. Monroe Street, Suite 4700
                                                                                              Chicago, IL 60606
                                                                                             (212) 577-1270
                                                                                             rcannon@steptoe.com

                                                                      /s/ Brian M. Heberlig
                                                                      Brian M. Heberlig
                                                                      STEPTOE & JOHNSON LLP
                                                                      1330 Connecticut Avenue, NW
                                                                      Washington, DC 20036
                                                                      (202) 429-3000
                                                                      bheberlig@steptoe.com
                                                                      *Counsel for Christian Kulas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing **DEFENDANT CHRISTIAN KULAS' SUPPLEMENT TO SENTENCING MEMORANDUM OF ADDITIONAL CHARACTER LETTERS** was served upon counsel of record automatically via CM/ECF this 22nd day of April 2022.

                                              *s/ Rachel M. Cannon*
                                              Rachel M. Cannon
                                              Steptoe & Johnson LLP