**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | 1:21-cr-00397-TFH |
| | ) | |
| CHRISTIAN KULAS | ) | VIOLATION |
| | ) | |
| Defendant. | ) | 40 U.S.C. § 5104(e)(2)(G) |
| | ) | (Parading, Demonstrating, or |
| | ) | Picketing in a Capitol Building) |

## THE PARTIES' JOINT NOTICE REGARDING SENTENCING PROCEEDINGS ON APRIL 26, 2022

The parties, through undersigned counsel, hereby respectfully alert the Court that Defendant Christian Kulas intends to play two videos during his sentencing on April 26, 2022. The two videos, which are each less than one minute long, are those that were filed as Exhibit L in support of his Sentencing Memorandum (ECF No. 36).

The Government does not intend to present any video evidence during sentencing.

Neither party intends to call any witnesses during sentencing.

Dated: April 25, 2022

Respectfully submitted,

/s/ Rachel M. Cannon
Rachel M. Cannon
STEPTOE & JOHNSON LLP
227 W. Monroe Street, Suite 4700
Chicago, IL 60606
(212) 577-1270
rcannon@steptoe.com

/s/ Brian M. Heberlig
Brian M. Heberlig

/s/ Michael J. Friedman
Michael J. Friedman
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6765
Michael.friedman@usdoj.gov

STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
bheberlig@steptoe.com
*Counsel for Christian Kulas*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY the foregoing **Parties' Joint Notice Regarding Sentencing Proceedings On April 26, 2022** was served upon counsel of record automatically via CM/ECF this 25th day of April 2022.

*s/ Rachel M. Cannon*
Rachel M. Cannon
Steptoe & Johnson LLP